# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 JAN -8 P 2:34
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Joseph Samuel Ferguson

v.

(Full name of defendant(s))

Kenosha Police Department
1000 55th St
Kenosha WI, 53142

Case Number: **19-C-0055**
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State), and is located at 4777 88th Ave Kenosha WI, 53144 (K.C.D.C) (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Officer McDonough #623 (Name) is (if a person or private corporation) a citizen of Kenosha County

Complaint – 1

(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Kenosha Police Department, 1000 55th St
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I was tazed by officer Mcdonough during my arrest, I never resisted arrest before I was tazed, I had to have the prongs cut out of my skin because I was tazed so closely, The incident happened on 60th and 23rd ave in Kenosha WI on 07.09.18 around 5am, The whole incident is caught on camera from the squad video, I am not being charged for resisting an officer. Officer Mcdonough works for Kenosha Police Department.

Complaint – 2

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $400,000.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want Compensation for the trama, agony and Pain the officer caused. I still have scars on my stomache from the tazer. I'm now afraid of officers. The tazer could of been a gun!

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES       ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___06___ day of ___January___ 20_19_.

Respectfully Submitted,

_____
Signature of Plaintiff

#71144
_____
Plaintiff's Prisoner ID Number

4777 88th Ave, Kenosha WI.
53144
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:19-cv-00055-NJ    Filed 01/08/19    Page 4 of 4    Document 1