# United States District Court
EASTERN DISTRICT OF WISCONSIN

**JOSEPH SAMUEL FERGUSON**,
   Plaintiff,

  v.

**RYAN MCDONOUGH,**
   Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. **19-CV-55**

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff, Joseph Samuel Ferguson, recover nothing on his claims against the named Defendant, Ryan McDonough.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** on its merits.

Approved: _____
NANCY JOSEPH
United States Magistrate Judge

Dated: July 20, 2022

GINA M. COLLETTI
Clerk of Court

*s/ Ross Miller*
(By) Deputy Clerk