# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOSEPH SAMUEL FERGUSON <br> Plaintiff <br> v. <br> RYAN MCDONOUGH <br> Defendant | ) <br> ) <br> )  Case No.: 2:19-cv-00055-NJ <br> ) <br> ) |

**BILL OF COSTS**

Judgment having been entered in the above entitled action on __07/20/2022__ against __Joseph Samuel Ferguson__,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 464.82 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 326.10 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 301.27 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16.30 |
| TOTAL | $ 1,108.49 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

**Declaration**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:  /s/ Kyle W. Engelke

Name of Attorney: Kyle W. Engelke

For: Ryan McDonough                                         Date: 08/03/2022
*Name of Claiming Party*

**Taxation of Costs**

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*          *Deputy Clerk*          *Date*

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
     Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

     When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 129785 | 10/28/2019 | 72771 |
| Job Date | Case No. | |
| 10/21/2019 | 2:19-CV-00055 | |
| Case Name | | |
| JOSEPH SAMUEL FERGUSON V. RYAN MCDONOUGH | | |
| Payment Terms | | |
| NET 30 DAYS 1.5% INTEREST PER MONTH | | |

MR. TED WASKOWSKI
STAFFORD ROSENBAUM, LLP
222 WEST WASHINGTON AVENUE
SUITE 900, P.O. BOX 1784
MADISON, WI  53701-1784

```
ORIGINAL AND ONE COPY - PRISON DEP
    JOSEPH SAMUEL FERGUSON                                        389.50
        ATTENDANCE FEE                                             75.00
        SCANNED EXHIBITS                                            0.32
                                        TOTAL DUE  >>>           $464.82
```

**PLEASE SCHEDULE YOUR NEXT DEPOSITION ONLINE AT HALMAREPORTINGGROUP.COM**

NET 30 DAYS
1.5% INTEREST THEREAFTER

MASTERCARD, VISA AND AMERICAN EXPRESS ACCEPTED

LOOKING FORWARD TO WORKING WITH YOU AGAIN IN THE NEAR FUTURE!

**Tax ID:** 39-1592529         Phone: 608-256-0226   Fax:608-259-2600

*Please detach bottom portion and return with payment.*

MR. TED WASKOWSKI
STAFFORD ROSENBAUM, LLP
222 WEST WASHINGTON AVENUE
SUITE 900, P.O. BOX 1784
MADISON, WI  53701-1784

Invoice No.    : 129785
Invoice Date   : 10/28/2019
**Total Due    : $464.82**

Remit To:  **HALMA REPORTING GROUP, INC.**
           **207 EAST MICHIGAN STREET**
           **SUITE 404**
           **MILWAUKEE, WI  53202**

Job No.        : 72771
BU ID          : 1-MAIN
Case No.       : 2:19-CV-00055
Case Name      : JOSEPH SAMUEL FERGUSON V. RYAN MCDONOUGH

# Photocopying Expenses

Including Client(s) 008462;Including Matter(s) 000079

| Client / Matter / Event | Exp | Date | Units | Value | Ref # | Text |
|---|---|---|---:|---:|---|---|
| **008462** Cities And Villages Mutual Insurance Co. | | | | | | |
| 000079  Kenosha, City of (Off. McDonough/Ferguson) | | | | | | |
| 3LA7010 | EX21 | 10/01/19 | 68.00 | 26.20 | 0 | Photocopying EX21 |
| 3LF8411 | EX21 | 10/17/19 | 8.00 | 4.00 | 0 | Photocopying EX21 |
| 3LH3193 | EX21 | 10/23/19 | 3.00 | 1.50 | 0 | Photocopying EX21 |
| 3RN2647 | EX21 | 09/08/21 | 19.00 | 9.50 | 0 | Photocopying EX21 |
| 3TH6446 | EX21 | 03/16/22 | 13.00 | 5.60 | 0 | Photocopying EX21 |
| 3TI0383 | EX21 | 03/17/22 | 23.00 | 6.10 | 0 | Photocopying EX21 |
| 3UO5209 | EX21 | 07/15/22 | 784.00 | 273.20 | 0 | Photocopying EX21 |
| **Matter Total** | | | | **326.10** | | |
| **Client Total** | | | | **326.10** | | |
| **Report Total** | | | | **326.10** | | |

## Medical Records- Certified

ReleasePoint Fee + Med Billing Statement
Stafford & Rosenbaum

**ReleasePoint**

Billing Statement From: 10/01/2021 to 10/31/2021
Invoice Number: 715151
Tax ID: 95-2843455

| RP # STAFROS | Patient | Provider Name | Source Code | Original Chart Pages | RP Fee | Med Fee | Page Fees | CD Fee | Ship Fee | Index Fee | Form Fee | Total Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8361833 | FERGUSON, JOSEPH S | KENOSHA MEDICAL CENTER | STAFROS | 386 | $19.80 | $212.18 | $8.00 | $0.00 | $0.00 | $0.00 | $0.00 | $239.98 |



# COUNTY OF KENOSHA

**CLERK OF CIRCUIT COURT**

Rebecca Matoska-Mentink
Clerk of Circuit Court

912 56th Street
Room 204
Kenosha, WI 53140-3747
Phone 262 653-2664
Fax 262 653-2435
Rebecca.Matoska-Mentink@wicourts.gov

## INVOICE RESPONSE TO REQUEST FOR PUBLIC RECORDS

**DATE: 7/5/2022**

> Cloey J. Rupp-Kent
>
> 13CF361 & 15CM415

☐ Copies of the records you requested from this office under the Wisconsin Open Records Law are enclosed. The fee for this request is $1.25/page. The fee for certified copies is $5.00 for each certification, in addition to the $1.25/page fee. Requests for faxed copies require an additional $1.25 fee. If applicable, $1.50 postage and handling will be charged for the first five pages, and $2.00 thereafter.

☒ Your request for copies of records from this office under the Wisconsin Open Records Law was received. The fee for this request is $1.25/page. The fee for certified copies is $5.00 for each certification, in addition to the $1.25/page fee. Requests for faxed copies require an additional $1.25 fee. If applicable, $1.50 postage and handling will be charged for the first five pages, and $2.00 thereafter. **Prepayment is required for amounts greater than $5.00.**

☐ Your request for copies of records from this office under the Wisconsin Open Records Law was received. Unfortunately we cannot comply with your request because it does not state with sufficient specificity which records you desire. Please feel free to submit another request detailing specifically which records you are seeking.

☐ Your request for copies of records from this office under the Wisconsin Open Records Law is denied in whole or in part. If denied in part, the portion of your request which can be fulfilled is enclosed. Denial may be appealed in a mandamus action in the Circuit Court of Kenosha County. You may file this action yourself or seek assistance from the District Attorney or Attorney General. The reason(s) for denial are:

☐ The records requested are exempt from disclosure by law.

☐ The records requested include information which by law is either confidential or privileged.

☒ Other: Billed Account.

|  | Postage (first 5 pgs) $1.50 | 1 | Postage (more than 5pgs) $2.00 |  |
|---|---|---|---|---|
|  | Other Fax Fee $1.25 |  | Search Fee $5.00 |  |
| $1.79 | Use/Sales Tax |  |  |  |
|  | **The Total Amount Due: $61.29** |  |  |  |
|  |  |  |  |  |

**Please remit payment by check or money order payable to Kenosha Circuit Court, ALONG WITH A COPY OF THIS INVOICE.**
Thank you for contacting this office.
Nikki Cruthers
Deputy Clerk

M:/Receptionist Duties/Forms/InvoiceResponsetoPublicRecordsRequest

# Billed Expenses

Including Client(s) 008462;Including Matter(s) 000079

| Client | | | | | | | |
|---|---|---|---|---|---|---|---|
| Matter | | | | | | | |
| Event | Exp | Date | Units | Value | Ref # | Text | |
| 008462 | Cities And Villages Mutual Insurance Co. | | | | | | |
| 000079 | Kenosha, City of (Off. McDonough/Ferguson) | | | | | | |
| 3JR4583 | EX03 | 04/10/19 | 1.00 | 2.00 | 0 | Postage EX03 | |
| 3KS9305 | EX03 | 08/07/19 | 1.00 | 1.45 | 0 | Postage EX03 | |
| 3LA7018 | EX03 | 10/01/19 | 1.00 | 7.35 | 0 | Postage EX03 | |
| 3LB0664 | EX03 | 10/02/19 | 1.00 | 0.50 | 0 | Postage EX03 | |
| 3LJ4584 | EX03 | 10/30/19 | 1.00 | 2.80 | 0 | Postage EX03 | |
| 3MG5749 | EX03 | 02/19/20 | 1.00 | 2.20 | 0 | Postage EX03 | |
| **Matter Total** | | | | 16.30 | | | |
| **Client Total** | | | | 16.30 | | | |
| **Report Total** | | | | 16.30 | | | |